No. 94–7969. MARKLING v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7970. JONES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–7973. ACOSTA-LAO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7979. FRANK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7982. TORO-NINO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7983. WHITE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8012. CARTER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–732. ALABAMA v. BONNER. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 94–1283. QUALLS v. REGIONAL TRANSPORTATION DISTRICT ET AL.; and QUALLS ET AL. v. REGIONAL TRANSPORTATION DISTRICT ET AL. C. A. 10th Cir. Motion of respondents for award of damages and double costs granted, and respondents are awarded a total of $500 to be paid by petitioners to counsel for respondents on or before March 27, 1995. Certiorari denied.

No. 94–7971. NEVCHERLIAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.